**No. 10-7534. Coby Levan Richardson, Petitioner v. United States.**

562 U.S. 1154, 131 S. Ct. 947, 178 L. Ed. 2d 783, 2011 U.S. LEXIS 353.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 390 Fed. Appx. 614.

**No. 10-7535. Filiberto Gonzalez-Rodriguez, Petitioner v. United States.**

562 U.S. 1154, 131 S. Ct. 947, 178 L. Ed. 2d 783, 2011 U.S. LEXIS 218.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 395 Fed. Appx. 443.

**No. 10-7536. Sean Forehand, Petitioner v. United States.**

562 U.S. 1154, 131 S. Ct. 947, 178 L. Ed. 2d 783, 2011 U.S. LEXIS 403.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 386 Fed. Appx. 174.

**No. 10-7540. David N. Grant, Petitioner v. Patricia M. Barnhart, Warden.**

562 U.S. 1154, 131 S. Ct. 948, 178 L. Ed. 2d 783, 2011 U.S. LEXIS 108.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 616 F.3d 72.

**No. 10-7545. Michael Anderson, Petitioner v. Brian Coleman, Superintendent, State Correctional Institution at Fayette, et al.**

562 U.S. 1154, 131 S. Ct. 948, 178 L. Ed. 2d 783, 2011 U.S. LEXIS 253.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-7546. Juan A. Hill, Petitioner v. Howard Carlton, Warden.**

562 U.S. 1154, 131 S. Ct. 948, 178 L. Ed. 2d 783, 2011 U.S. LEXIS 247.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 399 Fed. Appx. 38.

**No. 10-7549. James Lee Sills, Petitioner v. United States.**

562 U.S. 1155, 131 S. Ct. 948, 178 L. Ed. 2d 783, 2011 U.S. LEXIS 181.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 395 Fed. Appx. 570.

**No. 10-7555. Ruben Antonio Arias-Javier, Petitioner v. United States.**

562 U.S. 1155, 131 S. Ct. 949, 178 L. Ed. 2d 783, 2011 U.S. LEXIS 250.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 392 Fed. Appx. 896.